In the Matter of the Arbitration of the Claims of B. SCHWARTZ SILK Co., INC., Respondent, and JACOB GRANOWITZ and Another, Copartners Doing Business under the Firm Name of KNICKERBOCKER SILK COMPANY, Appellants.

PER CURIAM. It was the duty of the arbitrators to determine the entire controversy as to the whole 2,000 pieces of goods and especially as to whether the buyer was liable to pay damages to the seller for his refusal to take in and pay for the 1,472 pieces of goods. It is essential, therefore, that there should be a further hearing. We see no reason, however, for sending the matter to new arbitrators and the order appealed from vacating the award should be modified by providing that the matter should be remitted to the arbitrators for further hearing and the making of a complete award, and as so modified affirmed, without costs. The appeal from the order denying the motion to confirm the award should be dismissed. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ. On first appeal: Order modified by striking out the last five paragraphs of order, and by providing that the matter be remitted to the arbitrators for further hearing and the making of a complete award, and as so modified affirmed, without costs. Second appeal dismissed, without costs.

ANTHONY MARESCO, as Administrator, etc., of ROBERT MARESCO, Deceased, Appellant, v. KAUFMAN DYEING & FINISHING WORKS, INC., Respondent.

PER CURIAM. We think an amendment should have been allowed as of course to conform the pleading to the cause of action based upon the testimony of the witness Spotkob. While responsibility for this situation rests primarily upon the vacillating course of the plaintiff's attorney in pressing and withdrawing motions for amendment, we feel that in the interests of justice a jury should be allowed to pass upon this case on its merits. On a new trial an amendment to the complaint should be permitted to conform with the present theory of the case, of which the defendant was thoroughly advised, and the case disposed of on its merits. The judgment is, therefore, reversed and a new trial ordered, with costs to the appellant to abide the event. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. Judgment reversed and new trial ordered, with costs to the appellant to abide the event.